IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
APR - 5 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| 5EI, LLC, | ) |
| Plaintiff, | ) Case No. 1:12-cv-00492-JCC-TRJ |
| v. | ) |
| TAKE ACTION MEDIA, INC., et al., | ) |
| Defendants. | ) |

## FINAL ORDER APPROVING SETTLEMENT AND DOCKET ENTRY #119

THIS CAUSE came upon the Parties' joint representation that they have entered into a settlement of the above-styled matter; and

IT APPEARING TO THE COURT that pursuant to the Settlement Conference mediated by the Honorable Judge Thomas Rawles Jones, Jr., the parties have entered into a written Settlement Agreement and Mutual Release (the "Settlement Agreement"), which places requirements on the parties and their counsel that are enforceable by this Court; and it further

APPEARING TO THE COURT that upon the representation of the parties and after the Court's *in camera* review of the Settlement Agreement, that the Settlement Agreement is proper and should be approved by this Court; and it further

APPEARING TO THIS COURT that pursuant to the representation of Tamara Lowe that the "Saga Document" filed by 5EI filed in the Action as Docket Entry #119-contains confidential information which Tamara Lowe has an independent contractual duty to not reveal to the public, that the parties to this action and to the Settlement Agreement request sealing

Docket Entry #119, and that sealing Docket Entry #119 under these circumstances serves the interest of justice, it is THEREFORE,

ADJUDGED AND ORDERED that the Settlement Agreement which is incorporated by reference, but not merged into this Order, is approved by this Court; and it is further

ADJUDGED AND ORDERED that the Clerk of this Court shall forthwith seal the Docket Entry #119, pending such further Order of this Court; and it is further

ADJUDGED AND ORDERED that pursuant to the Settlement Agreement, this action is DISMISSED WITH PREJUDICE;

AND THIS ORDER IS FINAL.

ENTERED THIS 5th DAY OF ~~MARCH~~ April, 2013.

/s/
James C. Cacheris
United States District Judge

James C. Cacheris, Judge
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

WE ASK FOR THIS:

K. Stewart Evans
K. Stewart Evans, Jr., Esquire (VSB 12710)
EVANS STARETT, PLC
3600 Chain Bridge Road, Suite 101
Fairfax, Virginia 22030
(703) 691-8131
(703) 691-8133 (Fax)
stewart@evansstarrett.com
Counsel for Plaintiff 5EI, LLC

WE ASK FOR THIS:

/s/ Martin J. A. Yeager

Martin J. A. Yeager, VA Bar #38303
LAND, CARROLL & BLAIR, P.C.
524 King Street
Alexandria, Virginia 22314
(703) 836-1000
(703) 549-3335 Fax
myeager@landcarroll.com
Counsel for Tamara Lowe

Michael A. Kaufman, Esq.
Florida Bar Number: 628042
1655 Palm Beach Lakes Boulevard, Suite 1012
West Palm Beach, Florida 33401
561-478-2878 – Telephone
561-584-5555- Facsimile
michael@mkaufmanpa.com – Email
Counsel for Tamara Lowe *pro hac vice*